AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN**                    **DISTRICT OF**                    **TEXAS**
                               **McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | United States Courts | **CRIMINAL COMPLAINT** |
| **V.** | Southern District of Texas | |
| **Efrain Fontanel-Ocampo** | FILED | |
| | *August 04, 2022* | **Case Number:**   **M-22-** **1537** **-M** |
| **AKA: Ramiro Fortonel-Ocampo** | Nathan Ochsner, Clerk of Court | |
| **IAE**        **YOB:**   **1986** | | |
| **Mexico** | | |
| (Name and Address of Defendant) | | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about ____**August 3, 2022**____ in ____**Hidalgo**____ County, in

the ____**Southern**____ District of ____**Texas**____
*(Track Statutory Language of Offense)*

**the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title ____**8**____ United States Code, Section(s) ____**1326**____ **(Felony)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Efrain Fontanel-Ocampo was encountered by Border Patrol Agents near Mission, Texas on August 3, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on August 3, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on October 25, 2017, through San Ysidro, California. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.**

**On August 19, 2014, the defendant was convicted of 8 USC 1324, Harboring Aliens Within the United States for Private Financial Gain and sentenced to forty-six (46) months confinement.**

Continued on the attached sheet and made a part of this complaint:                    ☐ Yes   ☒ No

Complaint authorized by AUSA P. Warner
Submitted by reliable electronic means, sworn to and attested                    /S/   **Christian Salmon**
telephonically per Fed. R. Cr.P.4.1, and probable cause found on:                    **Signature of Complainant**

**August 4, 2022**      4:46 pm   .                    **Christian Salmon**                    **Border Patrol Agent**

**Nadia S. Medrano**      , U.S. Magistrate Judge
**Name and Title of Judicial Officer**                    **Signature of Judicial Officer**